UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

　　　　　Plaintiff,

　　　v.

DONALD TRUMP,

　　　　　Defendant.

Case No.  2:26-cv-0787-JDP (P)

ORDER

Plaintiff filed this section 1983 action on March 9, 2026.  ECF No. 1.  He has failed, however, to submit either the filing fee or a properly completed application to proceed *in forma pauperis*.  This action cannot proceed until the matter of the filing fee is settled.

1

Accordingly, it is ORDERED that:

1. Within twenty-one days, plaintiff must submit either the filing fee of four-hundred and five dollars or a completed application to proceed *in forma pauperis*.

2. The Clerk of Court shall send plaintiff an *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated:    April 8, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2